# EXHIBIT A

**Int. Cl.: 41**

**Prior U.S. Cl.: 107**

**Reg. No. 1,726,373**

## United States Patent and Trademark Office   Registered Oct. 20, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## OPRAH

HARPO PRODUCTIONS, INC. (ILLINOIS COR-
PORATION)
35 E. WACKER DRIVE
CHICAGO, IL 60601

FOR: ENTERTAINMENT SERVICES REN-
DERED THROUGH THE MEDIUM OF TELE-
VISION IN THE NATURE OF A VARIETY

TALK SHOW SERIES, IN CLASS 41 (U.S. CL.
107).

FIRST USE 9-0-1986; IN COMMERCE
9-0-1986.

SER. NO. 74-169,867, FILED 5-24-1991.

SUSAN LEE, EXAMINING ATTORNEY

**Int. Cls.: 41 and 42**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,521,889
Registered Dec. 25, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# OPRAH

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: COMPUTER SERVICES, NAMELY, INFOR-MATION VIA A WEB SITE FEATURING INFOR-MATION ON THE SUBJECT MATTER OF APPLICANT'S TELEVISION PROGRAMS, FILMS AND VIDEOS, FOOD AND BOOKS VIA THE INTER-NET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-2-1995; IN COMMERCE 10-2-1995.

FOR: COMPUTER SERVICES, NAMELY, INFOR-MATION VIA A WEB SITE FEATURING HEALTH,

NUTRITION, FITNESS, VOLUNTEERISM FOR CHARITIES, CHARITABLE WORK AND PHILAN-THROPIC LIFESTYLES VIA THE INTERNET, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-2-1995; IN COMMERCE 10-2-1995.

OWNER OF U.S. REG. NOS. 1,726,373 AND 2,119,930.

SER. NO. 76-025,384, FILED 4-13-2000.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cls.: 4, 6, 21, 25, 35 and 41

Prior U.S. Cls.: 1, 2, 6, 12, 13, 14, 15, 22, 23, 25, 29, 30, 33, 39, 40, 50, 100, 101, 102 and 107

**Reg. No. 3,377,275**

## United States Patent and Trademark Office

Registered Feb. 5, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-13-2005; IN COMMERCE 1-13-2005.

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-28-2003; IN COMMERCE 10-28-2003.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-15-2004; IN COMMERCE 3-15-2004.

FOR: ROBES, SHIRTS, PAJAMAS, CAPS, WORK-OUT PANTS AND HALTER TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-28-2003; IN COMMERCE 10-28-2003.

FOR: ONLINE RETAIL STORE SERVICES FEA-TURING A WIDE RANGE OF CONSUMER MER-CHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF TELEVISION IN THE NATURE OF A VARIETY TALK SHOW SERIES; AND COMPUTER SERVICES, NAMELY, PROVID-ING INFORMATION VIA AN INTERNET WEB SITE FEATURING INFORMATION ON THE SUBJECT MATTER OF APPLICANT'S TELEVISION PRO-GRAMS, FILMS AND VIDEOS AND BOOKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-7-1999; IN COMMERCE 9-7-1999.

OWNER OF U.S. REG. NOS. 1,726,373, 2,521,889 AND OTHERS.

THE NAME "OPRAH" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

THE MARK CONSISTS OF OPRAH IN SIGNA-TURE FORMAT.

SER. NO. 77-089,894, FILED 1-24-2007.

ARETHA SOMERVILLE, EXAMINING ATTORNEY

**Exhibit A, Page 34**



# OPRAH.COM

**Reg. No. 3,765,841**
Registered Mar. 30, 2010

**Int. Cls.: 35, 36, 37, 39, 41, 42, 43, 44 and 45**

SERVICE MARK
PRINCIPAL REGISTER

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60601

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF CHARITABLE SERVICES, NAMELY, VOLUNTEER PROGRAMS AND COMMUNITY SERVICE PROJECTS; PROVIDING AN INTERNET WEBSITE PROMOTING PUBLIC AWARENESS OF ENVIRONMENTAL ISSUES AND INITIATIVES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF PERSONAL FINANCE AND CHARITABLE CAUSES, NAMELY, PHILANTHROPIC MONETARY DONATION PROGRAMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF HOME IMPROVEMENT, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF TRAVEL, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF ENTERTAINMENT, BOOKS AND BOOK CLUBS, EDUCATION, HUMAN INTEREST STORIES AND TOPICS, AND PARTY PLANNING, AND FEATURING INFORMATION ON THE SUBJECT MATTER OF APPLICANT'S TELEVISION PROGRAMS AND RADIO PROGRAMS; PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF HOME DECORATING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

Director of the United States Patent and Trademark Office

**Reg. No. 3,765,841**

FOR: PROVIDING AN INTERNET WEBSITE FEATURING RECIPES AND COOKING IN-FORMATION, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF BEAUTY, HEALTH, WELLNESS AND PREVENTION, AND WEIGHT LOSS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: PROVIDING AN INTERNET WEBSITE FEATURING INFORMATION IN THE FIELD OF SELF IMPROVEMENT, LIFESTYLE, RELATIONSHIPS, AND FASHION , IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,726,373, 3,377,275 AND OTHERS.

THE NAME "OPRAH" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RE-CORD.

SER. NO. 77-394,273, FILED 2-11-2008.

BRIAN NEVILLE, EXAMINING ATTORNEY

Int. Cls.: 41 and 42

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,638,506
Registered Oct. 22, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## THE OPRAH WINFREY SHOW

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

    FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF TELEVISION IN THE NATURE OF A VARIETY TALK SHOW SERIES; AND COMPUTER SERVICES, NAMELY, PROVIDING INFORMATION VIA AN INTERNET WEB SITE FEATURING INFORMATION ON THE SUBJECT MATTER OF APPLICANT'S TELEVISION PROGRAMS, FILMS AND VIDEOS, FOOD, AND BOOKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

    FIRST USE 9-0-1986; IN COMMERCE 9-0-1986.

    FOR: COMPUTER SERVICES, NAMELY, PROVIDING INFORMATION VIA AN INTERNET WEB SITE FEATURING HEALTH, NUTRITION, FITNESS, VOLUNTEERISM FOR CHARITIES, CHARI-

TABLE WORK AND PHILANTHROPIC LIFESTYLES, IN CLASS 42 (U.S. CLS. 100 AND 101).

    FIRST USE 10-2-1995; IN COMMERCE 10-2-1995.

    OWNER OF U.S. REG. NO. 1,726,373.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHOW", APART FROM THE MARK AS SHOWN.

    THE NAME "OPRAH WINFREY" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

    SER. NO. 76-189,004, FILED 1-3-2001.

    AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 3,246,379
Registered May 29, 2007

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# OPRAH'S BOOK CLUB

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: SERIES OF FICTION AND NON-FICTION BOOKS IN THE FIELDS OF LIFESTYLE, FITNESS, FAMILY, BEAUTY, NUTRITION, DIET, ROMANCE, RELATIONSHIPS, HISTORY AND FASHION; NEWSLETTERS FEATURING INFORMATION ON BOOK CLUBS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-17-1996; IN COMMERCE 9-17-1996.

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF TELEVISION, NAMELY, A SERIES OF PROGRAMS INVOLVING BOOK DISCUSSION GROUPS, AND MEETINGS AND DISCUSSIONS WITH AUTHORS, RELATING TO BOOKS, AUTHORS AND READING; COMPUTER ON-LINE SERVICES, NAMELY, PROVIDING AN INTERNET WEBSITE FEATURING INTERAC- TIVE BOOK DISCUSSIONS AND ENTERTAINMENT AND EDUCATIONAL INFORMATION RELATING TO BOOKS, AUTHORS AND READING., IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-17-1996; IN COMMERCE 9-17-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,726,373 AND 2,521,889.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOOK CLUB", APART FROM THE MARK AS SHOWN.

SER. NO. 78-735,463, FILED 10-18-2005.

INGRID C. EULIN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 3,078,245**

## United States Patent and Trademark Office

Registered Apr. 11, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# OPRAH'S FAVORITE THINGS

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUM OF TELEVISION, NAMELY, AN ONGOING SERIES OF VARIETY TELEVISION PROGRAMS FEATURING THE GOODS AND SERVICES OF OTHERS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-27-1996; IN COMMERCE 11-27-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,726,373, 2,692,126 AND OTHERS.

THE NAME SHOWN IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT TO REGISTER IS MADE OF RECORD.

SER. NO. 76-620,659, FILED 11-15-2004.

JOSETTE BEVERLY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## OPRAH'S FAVORITE THINGS

**Reg. No. 5,093,766**

**Registered Dec. 06, 2016**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Harpo, Inc. (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CA 90046

CLASS 35: Providing a website featuring consumer information about the goods and services of others via the internet; Providing on-line web directory services featuring hyperlinks to websites for goods and services of others; Providing shoppers' guide information

FIRST USE 11-27-1996; IN COMMERCE 11-27-1996

CLASS 41: Providing a website featuring on-line non-downloadable articles in the field of curated list of the goods and services of others

FIRST USE 11-27-1996; IN COMMERCE 11-27-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3078245

The name(s), portrait(s), and/or signature(s) shown in the mark identifies OPRAH WINFREY, whose consent(s) to register is made of record.

SER. NO. 86-767,025, FILED 09-24-2015
JOANNA MARIE SHANOSKI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Exhibit A, Page 41**



# United States of America
## United States Patent and Trademark Office

# OPRAH'S LIFECLASS

**Reg. No. 4,219,210**

**Registered Oct. 2, 2012**

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ENTERTAINMENT SERVICES, IN THE NATURE OF AN ON-GOING TELEVISION SERIES IN THE FIELDS OF HUMAN BEHAVIOR, RELATIONSHIPS, SELF-HELP, SPIRITU-ALITY, PERSONAL GROWTH AND MOTIVATION, PERSONAL FINANCE, PHILANTHROPIC EFFORTS AND VOLUNTEERISM; EDUCATIONAL SERVICES, NAMELY, PROVIDING INFORMATION ON THE INTERNET AND ON-LINE SEMINARS IN THE FIELDS OF HUMAN BEHAVIOR, RELATIONSHIPS, SELF-HELP, SPIRITUALITY, PERSONAL GROWTH AND MOTIVATION, PERSONAL FINANCE, PHILANTHROPIC EFFORTS AND VOLUNTEERISM, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-10-2011; IN COMMERCE 10-10-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME OPRAH IDENTIFIES THE NICKNAME OF OPRAH WINFREY, A LIVING INDI-VIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-402,321, FILED 8-19-2011.

MATTHEW KLINE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Exhibit A, Page 43**



# United States of America
## United States Patent and Trademark Office

# OPRAH'S NEXT CHAPTER

**Reg. No. 4,321,765**
**Registered Apr. 16, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: ENTERTAINMENT SERVICES, NAMELY, AN ON-GOING TELEVISION SERIES IN THE FIELDS OF HUMAN BEHAVIOR, RELATIONSHIPS, SELF-HELP, SPIRITUALITY, PERSONAL GROWTH AND MOTIVATION, PERSONAL FINANCE, PHILANTHROPIC EFFORTS AND VOLUNTEERISM; ENTERTAINMENT MEDIA PRODUCTION SERVICES FOR TELEVISION AND INTERNET; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES AND WEB PAGES; PROVIDING ON-LINE INTERVIEWS WITH CELEBRITIES, ATHLETES, POLITICIANS AND OTHER NOTEWORTHY PERSONS FOR ENTERTAINMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,726,373 AND 3,741,987.

SN 85-478,069, FILED 11-21-2011.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>  *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>  *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>  You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Exhibit A, Page 45**

# United States of America

## United States Patent and Trademark Office

## OPRAH'S SUPER SOUL CONVERSATIONS

**Reg. No. 5,642,150**

**Registered Jan. 01, 2019**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Harpo, Inc.  (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 41: Entertainment services, namely, providing podcasts in the field of human behavior, relationships, religion, faith, spirituality, wellness and conscious living, personal fulfillment, personal growth and motivation

FIRST USE 7-27-2017; IN COMMERCE 8-6-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4516203, 4653629, 4566370

No claim is made to the exclusive right to use the following apart from the mark as shown: "CONVERSATIONS"

The Name "OPRAH" identifies a living individual whose consent is of record.

SER. NO. 87-907,738, FILED 05-04-2018

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## OPRAH'S THE LIFE YOU WANT

**Reg. No. 6,428,495**

**Registered Jul. 20, 2021**

**Int. Cl.: 41, 44**

**Service Mark**

**Principal Register**

Harpo, Inc.  (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 41: Providing a web site featuring information relating to fitness; Providing on-line newsletters in the field of nutrition, weight loss, health, wellness and fitness via email

FIRST USE 3-17-2021; IN COMMERCE 3-17-2021

CLASS 44: Providing a website featuring information about health, wellness, nutrition and weight loss

FIRST USE 3-17-2021; IN COMMERCE 3-17-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies OPRAH WINFREY, whose consent(s) to register is made of record.

SER. NO. 87-506,285, FILED 06-26-2017





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**Exhibit A, Page 48**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Exhibit A, Page 49**

# United States of America

## United States Patent and Trademark Office

## OPRAH MEDIA GROUP

**Reg. No. 5,304,997**

**Registered Oct. 10, 2017**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Harpo, Inc. (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 35: Media buying services for others, namely, advising the client how much media time, and at what times the client should be purchasing advertising; market media research and media marketing consultation; agencies for advertising time and space, namely, planning, buying and negotiating commercial contracts for advertising and media space and time for others; business management and consulting services in the field of advertising, marketing communications, interactive and digital media, media planning and buying for advertising; market research and market analysis; Advertising services via digital and online mediums; advertising agency services

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 41: Entertainment media production services for television and Internet; Entertainment services, namely, development, creation, recordation, production, postproduction and distribution of monoscopic and stereoscopic, electronic and digital audio and video programs, radio programs, television programs, and telefilms; production services, namely, the provision of sound stage facilities services for producing video, cinema and photography productions

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1726373, 3377275, 2521889

No claim is made to the exclusive right to use the following apart from the mark as shown: "MEDIA GROUP"

The name(s), portrait(s), and/or signature(s) shown in the mark identifies OPRAH WINFREY, whose consent(s) to register is made of record.

SER. NO. 87-218,090, FILED 10-27-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# OPRAH WINFREY NETWORK

**Reg. No. 4,368,870**
**Registered July 16, 2013**

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: COMMUNICATIONS SERVICES, NAMELY, TRANSMITTING STREAMED SOUND AND AUDIO-VISUAL RECORDINGS VIA THE INTERNET, CABLE NETWORKS, WIRELESS NETWORKS, SATELLITE, OR INTERACTIVE MULTIMEDIA NETWORKS; AUDIO AND VIDEO BROADCASTING SERVICES OVER THE INTERNET; TRANSMISSION OF INFORMATION IN THE AUDIO-VISUAL FIELD; TELEVISION BROADCASTING SERVICES; CABLE TELEVISION BROADCASTING; SATELLITE TELEVISION BROADCASTING; MOBILE MEDIA SERVICES IN THE NATURE OF ELECTRONIC TRANSMISSION OF ENTERTAINMENT MEDIA CONTENT; PODCASTING SERVICES; WEBCASTING SERVICES; VIDEO-ON-DEMAND TRANSMISSION SERVICES; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "OPRAH WINFREY", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 85-012,930, FILED 4-13-2010.

DARRYL SPRUILL, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# OPRAH WINFREY NETWORK

**Reg. No. 4,368,871**
**Registered July 16, 2013**

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ENTERTAINMENT SERVICES, NAMELY, MULTIMEDIA PROGRAMS IN THE FIELD OF GENERAL HUMAN INTEREST, DISTRIBUTED VIA VARIOUS PLATFORMS ACROSS MULTIPLE FORMS OF TRANSMISSION MEDIA; PROVIDING ENTERTAINMENT INFORM-ATION REGARDING ONGOING TELEVISION PROGRAMS VIA A GLOBAL COMPUTER NETWORK; PRODUCTION OF TELEVISION PROGRAMS; PRODUCTION OF MULTIMEDIA PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "OPRAH WINFREY", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 85-012,939, FILED 4-13-2010.

DARRYL SPRUILL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Exhibit A, Page 55**



# United States of America
## United States Patent and Trademark Office

# OPRAH WINFREY NETWORK

**Reg. No. 4,526,018**

**Registered May 6, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

HARPO, INC. (ILLINOIS CORPORATION)
110 NORTH CARPENTER STREET
CHICAGO, IL 60607

FOR: MAGAZINES, NEWSLETTERS, INSTRUCTIONAL MANUALS AND PRINTED IN-STRUCTIONAL TEACHING MATERIALS, ALL FEATURING SUBJECTS OF GENERAL HUMAN INTEREST; PHOTOGRAPHS; STATIONERY; POSTERS; POSTCARDS; NOTE CARDS; PERSONAL ORGANIZERS; DIARIES; AGENDAS; PENS; PENCILS; PEN CASES; BOOKMARKS; PAPER STATIONERY PORTFOLIOS; BINDERS; NOTEBOOKS; NOTE PADS; FILE FOLDERS; PAPER BAGS; STICKERS; CALENDARS; PAPER, INCLUDING WRITING PAPER, ART PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-15-2011; IN COMMERCE 8-15-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "OPRAH WINFREY", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 85-012,943, FILED 4-13-2010.

DARRYL SPRUILL, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Exhibit A, Page 57**

# United States of America

## United States Patent and Trademark Office

## OPRAH WINFREY PRESENTS
## BELIEF

**Reg. No. 5,114,356**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Harpo, Inc. (ILLINOIS CORPORATION)
1041 N. Formosa Ave.
West Hollywood, CA 90046

CLASS 41: Educational and entertainment services, namely, programs about spirituality, religion and faith accessible by means of television, satellite, audio, video, web-based applications, mobile phone applications, computer networks and other wireless communications networks

FIRST USE 00-00-2014; IN COMMERCE 10-18-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "OPRAH WINFREY", whose consent(s) to register is made of record.

SER. NO. 87-046,950, FILED 05-23-2016
WILLIAM T VERHOSEK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Exhibit A, Page 59**

# United States of America
## United States Patent and Trademark Office

## OPRAH WINFREY SCHOLARS PROGRAM

**Reg. No. 6,754,689**

**Registered Jun. 07, 2022**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Harpo, Inc.  (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 36: Providing educational scholarships

FIRST USE 4-8-2019; IN COMMERCE 4-8-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as
shown: "SCHOLARS PROGRAM"

The name shown in the mark identifies "OPRAH WINFREY", whose consent to
register is made of record.

SER. NO. 88-370,481, FILED 04-03-2019



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**Exhibit A, Page 60**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,348,132**

**Registered Dec. 05, 2017**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Harpo, Inc. (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 24: beach towels, bath towels, textile napkins

FIRST USE 2-00-2006; IN COMMERCE 2-00-2006

The mark consists of the letter "O" in a particular font and style.

SER. NO. 77-670,447, FILED 02-13-2009



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,343,107**

**Registered Nov. 28, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Harpo, Inc. (ILLINOIS CORPORATION)
1041 N Formosa Avenue
West Hollywood, CALIFORNIA 90046

CLASS 18: Collars and leashes for pets, pet clothing; tote bags and beach tote bags; handbags, duffel bags, duffel bags on wheels, luggage, luggage tags, umbrellas

FIRST USE 2-00-2007; IN COMMERCE 2-00-2007

The mark consists of the letter "O" in a particular font and style.

SER. NO. 77-670,430, FILED 02-13-2009

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**Exhibit A, Page 64**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.