NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HARPO, INC. and OW LICENSING COMPANY, LLC,

Plaintiff(s),

v.

EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1-30,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Harpo, Inc. and OW Licensing Company, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Harpo, Inc. | Plaintiff |
| OW Licensing Company | Plaintiff |
| Oprah Winfrey | Name, likeness and image at issue |
| Emblaze One Inc. | Defendant |
| Limitless X Inc. | Defendant |
| Jaspreet Mather | Defendant |
| Kenneth Haller | Defendant |

June 7, 2023
Date

/s/ Kent J. Schmidt
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Harpo, Inc. and OW Licensing Company, LLC