| | | |
|---|---|---|
| **POS-010** | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Kent J Schimdt,Esq | SBN:  Bar No.1959969
DORSEY & WHITNEY LLP
600 Anton Blvd Suite 2000   Costa Mesa, CA 92626

TELEPHONE NO.: (714) 800-1400 | FAX NO. | E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* : PLAINTIFF

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 W. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF: HARPO, INC. AND OW LICENSING COMPANY, LLC
DEFENDANT: EMBLAZE ONE INC, ET AL.

CASE NUMBER:
2:23-CV-04459 VAP (ASx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
HARPO INC V EMBLAZE ONE INC

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
   **EMBLAZE ONE INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **JASPREET MATHER - AGENT**

4. Address where the party was served: **9454 Wilshire Blvd Ste 300**
   **Beverly Hills, CA 90212-2903**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **6/23/2023** at *(time):* **10:42 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **REED GRANADOS - PERSON IN CHARGE**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* **6/23/2023** from *(city):* **SANTA ANA**  or ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/OC31046068**

Asap Legal
404 West 4th St, STE B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax:

Continued from Proof of Service

| | |
|---|---|
| **CLIENT:** | DORSEY & WHITNEY LLP |
| **CLIENT FILE #:** | HARPO INC V EMBLAZE ONE INC |
| **DATE:** | July 13, 2023 |
| **SUBJECT:** | EMBLAZE ONE INC. |
| **SERVED:** | REED GRANADOS - PERSON IN CHARGE |

```
Summons; Complaint'; Civil Cover Sheet; Certification and Notice of
Interested Parties; Notice of Assignment; Notice to Parties of
Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed
Before a U.S. Magistrate Judge; Sunderji Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Sunderji Application of Non-Resident Attorney to Appear in a
Specific Case  Pro Hac Vice; Hull Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Hull Application of Non-Resident Attorney to Appear in a Specific
Case Pro  Hac Vice; Order Granting Sunderji Application of
Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice;
Order Granting Hull Application of Non-Resident Attorney to Appear
in a Specific Case Pro Hac Vice; Marti Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Marti Application of Non-Resident Attorney to Appear in a
Specific Case Pro  Hac Vice;  Report on the Filing or Determination
of an Action Regarding a Patent or Trademark; Order Granting Marti
Application of Non-Resident Attorney to Appear in a Specific Case
Pro Hac Vice
```

PETITIONER: HARPO, INC. AND OW LICENSING COMPANY, LLC
RESPONDENT: EMBLAZE ONE INC, ET AL.

CASE NUMBER: 2:23-CV-04459 VAP (ASx)

Case 2:23-cv-04459-JGB-AS   Document 25   Filed 07/20/23   Page 3 of 5   Page ID #:133

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*  (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **EMBLAZE ONE INC.**
    under the following Code of Civil Procedure section:

    | | |
    |---|---|
    | ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
    | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
    | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
    | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
    | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
    | | ☐ other: |

7. **Person who served papers**
  a. Name: **Robert Brooks - Asap Legal**
  b. Address: **404 West 4th St., STE B  Santa Ana, CA 92701**
  c. Telephone number: **(714) 543-5100**
  d. **The fee** for service was: **$ 149.25**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner  ☐ employee  ☑ independent contractor.
      (ii) Registration No.: **2018032404**
      (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/13/2023**

**Asap Legal
404 West 4th St., STE B
Santa Ana, CA 92701
(714) 543-5100
www.asaplegal.com**

ASAP LEGAL

_____  ▶ *[signature]*
**Robert Brooks**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Kent J Schimdt, Esq, SBN: Bar No.1959969<br>DORSEY & WHITNEY LLP<br>600 Anton Blvd Suite 2000<br>Costa Mesa, CA 92626<br>TELEPHONE No.: (714) 800-1400   FAX No. (Optional):   E-MAIL ADDRESS (Optional):<br>Attorney for: PLAINTIFF | Ref No. or File No.:<br>HARPO INC V EMBLAZE ONE INC | FOR COURT USE ONLY |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: HARPO, INC. AND OW LICENSING COMPANY, LLC
Defendant: EMBLAZE ONE INC, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:23-CV-04459 VAP (ASx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of: See Attached Document List.

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:        June 23, 2023
   b. Place of Mailing:       SANTA ANA, CA
   c. Addressed as follows:   EMBLAZE ONE INC.
                              ATTENTION: JASPREET MATHER - AGENT
                              9454 Wilshire Blvd Ste 300
                              Beverly Hills, CA 90212-2903

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: **$ 149.25**
   County:
   Registration:
   **Asap Legal**
   **404 West 4th St., STE B**
   **Santa Ana, CA 92701**
   **(714) 543-5100**
   **Ref: HARPO INC V EMBLAZE ONE INC**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **July 13, 2023**.

Signature: _____
                    **Vanessa Padilla**

**PROOF OF SERVICE BY MAIL**

Order#: OC31046068/mailproof

**Asap Legal**

404 West 4th St, STE B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax:

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | DORSEY & WHITNEY LLP | | |
| **CLIENT FILE #:** | HARPO INC V EMBLAZE ONE INC | **DATE:** | July 13, 2023 |
| **SUBJECT:** | EMBLAZE ONE INC. | | |
| **SERVED:** | REED GRANADOS - PERSON IN CHARGE | | |

```
Summons; Complaint'; Civil Cover Sheet; Certification and Notice of
Interested Parties; Notice of Assignment; Notice to Parties of
Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed
Before a U.S. Magistrate Judge; Sunderji Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Sunderji Application of Non-Resident Attorney to Appear in a
Specific Case  Pro Hac Vice; Hull Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Hull Application of Non-Resident Attorney to Appear in a Specific
Case Pro  Hac Vice; Order Granting Sunderji Application of
Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice;
Order Granting Hull Application of Non-Resident Attorney to Appear
in a Specific Case Pro Hac Vice; Marti Application of Non-Resident
Attorney to Appear in a Specific Case Pro Hac Vice; Proposed Order
on Marti Application of Non-Resident Attorney to Appear in a
Specific Case Pro  Hac Vice;  Report on the Filing or Determination
of an Action Regarding a Patent or Trademark; Order Granting Marti
Application of Non-Resident Attorney to Appear in a Specific Case
Pro Hac Vice
```

**ASAP LEGAL**