1  Rob D. Cucher (Bar No. 219726)
2  cucherlaw@msn.com
   9454 Wilshire Blvd., Suite 600
3  Beverly Hills, CA 90212
4  Telephone: (310) 795-5356
   Facsimile:  (310) 837-1996
5
6  Attorneys for Defendants,
   EMBLAZE ONE INC., LIMITLESS X INC.,
7  JASPREET MATHER and KENNETH HALLER

8

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13

| HARPO, INC. And OW LICENSING COMPANY LLC, | CASE NO. 2:23-cv-04459 VAP (ASx) |
|---|---|
| Plaintiffs, | Hon. Virginia A. Phillips (District Judge) |
| vs. | |
| EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1 - 30 | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; DECLARATION OF ROB D. CUCHER IN SUPPORT |
| Defendants. | |
| | Complaint Filed: June 20, 2023 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND

1  Plaintiffs and Defendants, and each of them hereby stipulate and request that the Court enter an order extending Defendants' time to file an answer or other responsive pleading by approximately forty-five (45) days. <u>This is the sixth request.</u>

Plaintiffs filed the operative Complaint ("Complaint") on June 20, 2023 and served each of the Defendants shortly thereafter, at different times all ranging within about a week from each other. The responsive pleading to the Complaint from Emblaze One, Inc., the first Defendant to be served, was due July 24, 2023. The first request for an order on extension was granted, and then an additional four requests were all granted due to the complexities in finalizing settlement terms and documents. The settlement agreement has been drafted but the final amount and payment terms still need to be finalized. The parties were hopeful to have it done in January, but the holidays and other obstacles have delayed the closing of this settlement. The previous extension set the due date on January 15, 2024, but with the holiday it was pushed to today, January 16, 2024. The Parties request a sixth, and again hopefully final, extension to March 4, 2024. The Parties hereby asserts that good cause exists for this sixth extension request, for 45-days, as follows:

1. Plaintiffs and Defendants through their counsel have a settlement agreement drafted but are still negotiating the final numbers, and are now very close to finalizing the transaction. Unfortunately, additional time is still necessary.

2. The Parties do not wish to incur further fees in preparing responsive pleadings, cross-complaints, motions, or for court conferences at this time given the interest by all Parties to settle the case, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement which appears so close; and

3. Plaintiffs and Defendants are therefore in agreement that the date to file an answer or other pleading responsive to the Complaint be extended again for all Defendants. The Parties hereby request that all of the Defendants' response date to

forty-five days from the current due date, to **March 4, 2024** for all parties to file a responsive pleading.

The parties respectfully request that the Court so order.

IT IS SO STIPULATED.

DATED: January 16, 2024        /s/*Rob D. Cucher*                .
                                Rob D. Cucher, Esq.
                                Attorneys for Emblaze One Inc., et al.

DATED: January 16, 2024        /s/*Fara S. Sunderji*             .
                                Fara S. Sunderji, Esq.
                                Attorneys for Harpo Inc., et al.

# DECLARATION OF ROB D. CUCHER

I am an attorney duly licensed to practice before the courts of the United States, in the Central District of California; I am the attorney representing all Defendants in this matter, including Emblaze One Inc., Limitless X Inc., Jaspreet Mather, and Kenneth Haller, for all pre-litigation settlement efforts; if called upon as a witness in this matter, I could and would competently testify to the following:

1. I have had discussions with counsel for Plaintiff in regards to settling the matter over the last four months. We are so close. The final number is still being negotiated. On January 15, 2024, counsel for Plaintiff informed me that she will be in touch this week to discuss the latest proposal on the final settlement sum, and suggested another 45-day extension. We both hope this will be the last request.

2. More time to negotiate final terms should lead to a full settlement of this case, and not cause prejudice to any party.

3. If the Parties can have forty-five days to work together, we can do our best to finalize and get the agreement executed, thereby obviating the need for law and motion such as cross actions against third parties and potential motions as to individual defendants. Defendants would be prejudiced to need to work on these pleadings rather than on the settlement opportunity, while Plaintiff would not be prejudiced by another extension.

I declare under penalty of perjury, under the laws of the U.S., that the foregoing is true and correct. Executed on January 16, 2024, at Los Angeles, California.

_____
Rob D. Cucher, Declarant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPO, INC. And OW LICENSING COMPANY LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1 - 30<br><br>　　　　Defendants. | CASE NO. 2:23-cv-04459 VAP (ASx)<br><br>Hon. Virginia A. Phillips (District Judge)<br><br>[PROPOSED] ORDER GRANTING THE STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed: June 20, 2023 |

ORDER Pursuant to stipulation, and for good cause shown, Defendants' deadline to respond to Plaintiffs' Complaint is extended to March 4, 2024, or to _____.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE