MICHAEL A. DiNARDO (#216991)
(mdinardo@yklaw.us)
YK LAW, LLP
445 S. FIGUEROA ST, SUITE 2280
LOS ANGELES, CA, 90071
Office: 213-401-0970 x1008

SAMUEL BLATNICK (PHV to be filed)
(sblatnick@lucbro.com)
ANNE MELTON (PHV to be filed)
(amelton@lucbro.com)
LUCOSKY BROOKMAN LLP
101 WOOD AVE S, 5TH FLOOR
WOODBRIDGE, NJ 08830
Office: 732-395-4400

Attorneys for Defendants
EMBLAZE ONE INC., LIMITLESS X INC.,
JASPREET MATHER and KENNETH HALLER

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1 - 30<br><br>            Defendants. | Case No. 2:23-cv-04459-JGB-AS<br><br>**EIGHTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; DECLARATION OF MICHAEL A. DINARDO IN SUPPORT**<br><br>Complaint Filed: June 20, 2023<br>Current Deadline: April 5, 2024<br>Proposed Deadline: April 19, 2024 |

Plaintiffs and Defendants (the "Parties") hereby stipulate and request that the Court enter an order extending Defendants' time to file an answer or other responsive pleading by fourteen (14) days. This is the eighth <u>and final</u> request.

Plaintiffs filed the operative Complaint ("Complaint") on June 20, 2023 and served each of the Defendants shortly thereafter, at different times all ranging within about a week from each other. The responsive pleading to the Complaint from Emblaze One, Inc., the first Defendant to be served, was due July 24, 2023. The first request for an order on extension was granted.  An additional six requests were granted due to the Parties' attempts to settle, as explained in the Parties' prior stipulations. The previous extension set the due date to April 5, 2024. The Parties request an eighth and final extension of two-weeks to April 19, 2024. The Parties hereby assert that good cause exists for this eighth request, as follows:

1. The Parties have been and continue to be engaged in settlement discussions.

2. The Parties were close to reaching a final settlement, but an issue was discovered involving a potential third party. Additional time is necessary for the Parties to further investigate this issue and prepare possible cross-actions, if necessary.

3. Defendants have retained new counsel in Lucosky Brookman, LLC and the undersigned new local counsel.

4. The Parties believe it is best to begin moving the matter forward.  To that end, Defendants are prepared to file a response to the Complaint (in addition to continuing to discuss the third-party issue with Plaintiffs), but require two weeks for their new counsel to familiarize themselves with the facts of the case and negotiations to date, prepare necessary *pro hac vice* applications, and execute the necessary substitution of counsel.

5. Plaintiffs and Defendants are therefore in agreement that the date to file an answer or other pleading responsive to the Complaint be extended

again for all Defendants. The Parties hereby request that the response date for all parties to file a responsive pleading be extended by fourteen (14) days from the current date to April 19, 2024.

The parties respectfully request that the Court so order.

IT IS SO STIPULATED.

Dated:  April 4, 2024          By:___/s/ Michael A DiNardo_____
                                      Michael A. DiNardo, Esq.
                                      YK LAW LLP

                                      Samuel Blatnick, Esq. (PHV to be filed)
                                      Anne Melton, Esq. (PHV to be filed)
                                      LUCOSKY BROOKMAN LLP

                                      Attorneys for Defendants


Dated:  April 4, 2024          By:___/s/Tamara Carmichael_____
                                      Tamara Carmichael, Esq.

                                      Kent J. Schmidt, Esq.
                                      DORSEY & WHITNEY LLP

                                      Attorneys for Plaintiffs


ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Michael A. DiNardo, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

                              /s/Michael A. DiNardo____
                              Michael A. DiNardo, Esq.

## DECLARATION OF MICHAEL A. DINARDO

I, Michael A. DiNardo, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the United States, in the Central District of California. I am an attorney representing all Defendants in this matter, including Emblaze One Inc., Limitless X Inc., Jaspreet Mather, and Kenneth Haller, for all matters. I have personal knowledge of the facts set forth herein, and if called as a witness to testify, I could and would competently testify as to the truth of the same, except for those matters stated on information and belief for which I am informed and believe them to be true.

2.     I am informed and believe that the parties have been engaged in negotiations since at least July 2023 in regard to settling the above captioned matter.  I am further informed and believe that a final settlement amount is still to be negotiated, but recently an additional issue arose related to an advertisement at issue and potential third-party. As previously represented to the Court, I am informed and believe that all parties needed additional time to investigate this issue.

3.     Defendants have engaged new litigation counsel to prepare a responsive pleading.  Defendants' new litigation counsel needs additional time to submit *pro hac vice* applications, prepare substitutions, and finalize the responsive pleading, as well as consider a third-party action.

4.     The requested fourteen (14) day extension will provide the Defendants the time needed to complete the foregoing actions.  Defendants do not intend to request any additional extensions.  If this final extension is not granted, Defendants would be prejudiced in their ability to complete its substitution of litigation counsel and prepare a responsive pleading.  Plaintiff would not be prejudiced by this final fourteen (14) day extension.

I declare under penalty of perjury, under the laws of the U.S., that the foregoing is true and correct.

Executed on April 4, 2024, at Los Angeles, California.

Michael A DiNardo, Esq.
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Michael A. DiNardo*
Michael A. DiNardo
