1  Kent J. Schmidt (SBN 195969)
   *schmidt.kent@dorsey.com*
2  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
3  Costa Mesa, CA 92626-7655
   Telephone: (714) 800-1400
4  Facsimile: (714) 800-1499

5  Fara S. Sunderji (*pro hac vice*)
   *sunderji.fara@dorsey.com*
6  **DORSEY & WHITNEY LLP**
   51 West 52nd Street
7  New York, NY 10019
   Telephone: (212) 415-9200
8  Facsimile: (212) 953-7201

9  John Marti (*pro hac vice*)
   Caitlin Hull (*pro hac vice*)
10 **DORSEY & WHITNEY LLP**
   50 South Sixth Street
11 Suite 1500
   Minneapolis, MN 55402
12 Telephone: (612) 340-2600

13 *Attorneys for Plaintiffs Harpo, Inc. and OW Licensing Company, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1-30, <br><br>　　　　Defendants. | CASE NO.: 2:23−CV−04459−JGB−AS <br><br> **PROOF OF SERVICE RE: STANDING ORDER – FEBRUARY 15, 2024** |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, California 92626-7655. On June 10, 2024, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **PROOF OF SERVICE RE: STANDING ORDER – FEBRUARY 15, 2024**

SERVED UPON:

Michael A DiNardo
YK Law LLP
445 South Figueroa Street Suite 2280
Los Angeles, CA 90071
213-401-0970
mdinardo@yklaw.us

Anne L. Melton
Lucosky Brookman LLP
101 Wood Avenue South, 5th Floor
Woodbridge, NJ 08830
732-395-4400
732-395-4401 (fax)
amelton@lucbro.com

Rob D Cucher
9454 Wilshire Boulevard, Suite 600
Beverly Hills, CA 90212
310-795-5356
cucherlaw@msn.com

*Attorneys for Defendants*

☒ **(BY ELECTRONIC MAIL)** The above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail") to each of the e-mail addresses listed, and no errors were reported.

☒ **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on June 10, 2024, at Costa Mesa, California.

*Melanie Y. Gomez*
―――――――――――――――
Melanie Y. Gomez