**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC,<br><br>Plaintiff(s)<br>v.<br>EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHER, KENNETH HALLER and JOHN DOES 1-30,<br><br>Defendant(s) | CASE NUMBER<br>2:23-cv-04459-JGB-AS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

OW Licensing Company, LLC  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Mark B. Mizrahi of SAUL EWING LLP  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1888 Century Park East, Suite 1500
*Street Address*

Los Angeles, California 90067     mark.mizrahi@saul.com
*City, State, Zip*                                *E-Mail Address*

(310) 255-6100          (310) 255-6200          179384
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Kent J. Schmidt, John Marti, Fara S. Sunderji, and
*List **all** attorneys from same firm or agency who are withdrawing.*

Caitlin L.D. Hull of DORSEY & WHITNEY LLP

**is hereby**  ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for
**is hereby**  ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge