MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@saul.com
DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiffs HARPO, INC. and
OW LICENSING COMPANY, LLC

STEVEN A. HEATH (BAR NO. 250867)
saheath@heathsteinbeck.com
HEATH STEINBECK, LLP
407 Maple Drive, Ground Floor
Beverly Hills, CA 90210
Telephone: (213) 335-6245

Attorneys for Defendants EMBLAZE ONE, INC.,
JASPREET MATHUR, and KENNETH HALLER

ROB D. CUCHER (BAR NO. 219726)
cucherlaw@msn.com
CUCHER LAW, P.C.
9454 Wilshire Blvd., Suite 600
Beverly Hills, CA 90212
Telephone: (213) 335-6245

Attorney for Defendant LIMITLESS X, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> EMBLAZE ONE INC., LIMITLESS X INC., JASPREET MATHUR, KENNETH HALLER and JOHN DOES 1-30, <br><br> Defendants. | Case No. 2:23-cv-04459-JGB-AS <br><br> **JOINT STATUS REPORT REGARDING WHETHER DEFENDANTS HAVE RETAINED NEW COUNSEL** <br><br> Judge: Hon. Jesus G. Bernal <br><br> Trial Date: February 24, 2026 |

1  WHEREAS, on February 5, 2025, the Court entered its Order Granting Defendants' Counsel's Motion to Withdraw as Counsel [DKT. 96] (the "Withdrawal Order");

WHEREAS, in the Withdrawal Order, the Court granted Defendants' counsels', the law firms of YK Law LLP and Lucosky Brookman LLP, Motion to Withdraw as counsel for Defendants, and ordered Defendants Emblaze One Inc. and Limitless X Inc. to retain new counsel and have that counsel enter an appearance on the docket by no later than March 7, 2025;

WHEREAS, in the Withdrawal Order, the Court further ordered the parties to submit to the Court a status report regarding whether Defendants have retained new counsel in this matter by no later than March 10, 2025;

NOW, THEREFORE, the parties hereby report as follows:

On March 6, 2025, Steven A. Heath of the law firm of Heath Steinbeck, LLP made an appearance as counsel for Defendants Emblaze One, Inc. Jaspreet Mathur, and Kenneth Haller in this litigation.

Defendant Limitless X Inc. is represented by Rob D. Cucher of Cucher Law, P.C.

Plaintiffs note, however, the statement at page 3 of 5 in the Court's Order "Granting [Defendants'] Counsel's Motion to Withdraw as Counsels" (Dkt. No. 96) (the "Order Granting Withdrawal"): "The Court also agrees with Plaintiffs that if Robert Cucher is indeed in-house counsel to Defendant Limitless, he does not meet the requirements to independently represent the corporate Defendants."

Defendant Limited X Inc. states that it had Rob Cucher make an appearance on its behalf, believing he could serve as litigation counsel despite his role with the company; however, in light of Plaintiff having pointed out the above statement from the Court in its Order Granting Withdrawal, defendant Limitless X Inc. requests one more week to retain clearly independent counsel.

Respectfully Submitted,

DATED: March 10, 2025          SAUL EWING, LLP

By:  */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
DANA SILVA
TAMARA F. CARMICHAEL
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs, HARPO, INC. and OW LICENSING COMPANY, LLC

HEATH STEINBECK, LLP

DATED:   March 10, 2025          By: */s/ Steven A. Heath*

STEVEN A. HEATH

Attorney for Defendants EMBLAZE ONE, JASPREET MATHUR, and KENNETH HALLER

CUCHER LAW, P.C.

DATED:   March 10, 2025          By: */s/ Rob D. Cucher*

ROB D. CUCHER

Attorney for Defendant LIMITLESS X, INC.

3
JOINT STATUS REPORT REGARDING WHETHER DEFENDANTS HAVE RETAINED NEW COUNSEL