1  MARK B. MIZRAHI (BAR NO. 179384)
   mark.mizrahi@saul.com
2  MINJAE KIM (BAR NO. 344110)
   minjae.kim@saul.com
3  SAUL EWING LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone: (310) 255-6100
5  Facsimile: (310) 255-6200

6  TAMARA CARMICHAEL (admitted *pro hac vice*)
   tamara.carmichael@saul.com
7  SAUL EWING LLP
   1270 Sixth Ave, Suite 2005
8  New York, NY 10020
   Telephone: (212) 980-7200
9  Facsimile: (212) 980-7209

10 Attorneys for Plaintiffs HARPO, INC. and
   OW LICENSING COMPANY, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> EMBLAZE ONE INC., LIMITLESS X INC., LIMITLESS X HOLDINGS INC., THE AFFILIATI NETWORK, LLC, SMILZ INC, JASPREET MATHUR, KENNETH HALLER and JOHN DOES 1-30, <br><br> Defendants. | Case No. 2:23-cv-04459-JGB-AS <br><br> **STIPULATION AND ORDER FOR PERMANENT INJUNCTION** <br><br> Judge: Hon. Jesus G. Bernal <br><br> Trial Date: April 21, 2026 |

Plaintiffs, Harpo, Inc. ("Harpo") and OW Licensing Company, LLC ("OW") (collectively "Plaintiffs"), on the one hand, and defendants Emblaze One Inc., Limitless X Inc., Limitless X Holdings Inc., Jaspreet Mathur, and Kenneth Haller (individually and/or collectively "Defendants"), on the other hand, hereby stipulate as follows.

WHEREAS, Plaintiffs filed their First Amended Complaint on July 2, 2025 against Defendants (among other parties) asserting claims for trademark dilution, trademark infringement, unfair competition, and false advertising under the U.S. Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.*, together with claims for California statutory and common law misappropriation of name and likeness, rights of publicity violations, trademark dilution, trademark infringement, false advertising, unfair competition, and civil conspiracy;

WHEREAS, the parties, having agreed upon a resolution of this matter prior to a trial on the merits, and having entered into a Confidential Settlement Agreement for that purpose on November 21, 2025; and such Settlement Agreement providing for, *inter alia*, the entry of a Permanent Injunction;

NOW THEREFORE, Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate to entry of a Permanent Injunction, subject to the approval of this Honorable Court, as follows:

1. This Court has jurisdiction over the parties, the signatories hereto, and the subject matter of this action.

2. Defendants, together with their officers, managers, agents, servants, affiliates, employees, subsidiaries, heirs, successors and assigns, and representatives thereof, and all other persons, firms or companies in active concert or participation with them or any of them, now or in the future, shall be and are hereby permanently enjoined and restrained from:

///

A. Making any and all use of the trademarks and service marks OPRAH and OPRAH WINFREY including the marks identified on <u>Schedule A</u> hereto, and any reproductions, copies, counterfeits or colorable imitations thereof or any term(s) confusingly similar thereto (whether these terms are misspelled or assigned alternate spellings) (collectively, the "OPRAH Marks") in connection with the packaging, marketing, advertising, promotion, or sale, anywhere in the world, of weight loss gummies or any other product or service currently or in the future developed, advertised, marketed or sold by any of the Defendants or any entities owned or controlled by any of the Defendants ("Defendants' Products/Services"), including without limitation, on any sales, advertising, promotional, marketing, packaging and/or labeling material, in any media, ("Packaging/Promotional Materials") for or related to the Defendants' Products/Services;

B. Making any and all use of Ms. Oprah Winfrey's name, voice, image and/or likeness ("Ms. Winfrey's Publicity Rights") on or in connection with the packaging, marketing, advertising, promotion, or sale, anywhere in the world, of the Defendants' Products/Services, including without limitation on any Packaging/Promotional Materials for or related to the Defendants' Products/Services; and

C. Disseminating, making and/or otherwise using any Packaging/Promotional Materials for or related to Defendants' Products/Services that are likely to cause consumers to believe that (a) Defendants' Products/Services are products or services of Plaintiffs (or their successors in interest); (b) Defendants or the Defendants' Products/Services are authorized or sponsored by, or affiliated or connected with Plaintiffs (or their successors in interest), the OPRAH Marks, or any other product or services of either Plaintiff (or their successors in interest).

2. Each party to bear its own attorneys' fees and costs, except that the Court will retain jurisdiction to enforce this Permanent Injunction and the Settlement Agreement, incorporated by reference. This action shall continue, however, as to all other defendants not a party to this Permanent Injunction.

3. Plaintiffs may issue subpoenas, pursuant to Fed. R. Civ. P. Rules 26 through 45, as appropriate to enable them to police and enforce compliance with this Permanent Injunction.

4. The prevailing party in any proceeding to enforce the terms of this Permanent Injunction shall be entitled to recover the attorneys' fees and costs incurred therewith.

5. This Permanent Injunction may be signed in counterparts and may be obtained and exchanged by electronic mail.

**IT IS SO AGREED AND STIPULATED:**

DATED: February 5, 2026          SAUL EWING LLP

By:  /s/ *Mark B. Mizrahi*
MARK B. MIZRAHI
MINJAE KIM
TAMARA CARMICHAEL

Attorneys for Plaintiffs HARPO, INC. and OW LICENSING COMPANY, LLC

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| | |
|---|---|
| DATED: February 5, 2026 | LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. |
| | By: */s/ Ronald Richards*<br>RONALD RICHARDS<br>MORANI STELMACH<br>Attorneys for Defendants LIMITLESS X INC. and LIMITLESS X HOLDINGS INC. |
| DATED: February 5, 2026 | HEATH STEINBECK, LLP |
| | By: */s/ Steven A. Heath*<br>STEVEN A. HEATH<br>UYEN N. NGUYEN<br>SUSAN BLAIR<br>FAITH NYEKAN<br>Attorneys for Defendants *EMBLAZE ONE, INC., JASPREET MATHUR* and *KENNETH HALLER* |

Pursuant to Local Rule 5-4.3.4, the undersigned counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: February 5, 2026 | SAUL EWING LLP |
| | By: */s/ Mark B. Mizrahi*<br>MARK B. MIZRAHI<br>TAMARA CARMICHAEL<br>MINJAE KIM<br>DARIUS C. GAMBINO<br>Attorneys for Plaintiffs HARPO, INC. and OW LICENSING COMPANY, LLC |


## **ORDER**

The Court having considered the above Stipulation and Order for a Permanent Injunction (the "Stipulation"), and GOOD CAUSE appearing therefor, approves the Stipulation and enters it as an order of this Court.

IT IS ORDERED, ADJUDGED AND DECREED.

Dated: February 13, 2026

_____
The Honorable Jesus G. Bernal,
United States District Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

56531640.4 392494-00001

6

STIPULATION AND ORDER FOR PERMANENT INJUNCTION

# SCHEDULE A

(Registered Trademarks)

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| OPRAH | 1726373 | October 20, 1992 | "entertainment services rendered through the medium of television in the nature of a variety talk show series" in International Class 41 |
| OPRAH | 2521889 | December 25, 2001 | "Computer services, namely, information via a web site featuring information on the subject matter of Applicant's television programs, films and videos, food and books via the Internet" in International Class 41, "Computer services, namely, information via a web site featuring health, nutrition, fitness, volunteerism for charities, charitable work and philanthropic lifestyles via the Internet" in International Class 42 |
| OPRAH (script font) | 3377275 | March 30, 2010 | "Providing an Internet website featuring information in the field of charitable services, namely, volunteer programs and community service projects; providing an Internet website promoting public awareness of environmental issues and initiatives" in International Class 35, "Providing an Internet website featuring information in the field of personal finance and charitable causes, namely, philanthropic monetary donation programs" in International Class 36, "Providing an Internet website featuring information in the field of home improvement" in International Class 37, "Providing an Internet website featuring information in the field of travel" in International Class 39, "Providing an Internet website featuring information in the field of entertainment, books and book clubs, education, human interest stories and topics, and party planning, and featuring information on the subject matter of Applicant's television programs and radio programs; providing an Internet website featuring information in the field of exercise" in International Class 41, "Providing an Internet website featuring information in the field of home decorating" in International Class 42, "Providing an Internet website featuring recipes and cooking information" in International Class 43, "Providing an Internet website featuring information in the field of beauty, health, |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | wellness and prevention, and weight loss" in International Class 44, "Providing an Internet website featuring information in the field of self improvement, lifestyle, relationships, and fashion" in International Class 45 |
| O OPRAH WINFREY CHARITABLE FOUNDATION & Design | 8017344 | November 11, 2025 | Charitable services, namely, providing funding, scholarships and financial assistance all for education costs; Charitable services, namely, providing funding to community outreach programs in International Class 36 |
| OPRAH DAILY | 7754902 | April 8, 2025 | Electronic publications, namely, downloadable e-zines featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Electronic publications, namely, downloadable newsletters featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Downloadable mobile application software for providing information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Digital media, namely, downloadable videos featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Digital media, namely, downloadable audio recordings featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty in International Class 41 |
| OPRAH DAILY | 7754903 | April 8, 2025 | Providing a website featuring entertainment information on a variety of topics, namely, current events, general human interest stories and topics, history, books, fitness, and food; providing online non-downloadable electronic publications, namely, e-zines featuring |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|------|----------|-----------|----------------|
|      |          |           | information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; entertainment and education services, namely, providing ongoing multimedia programs and segments featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty via various platforms across multiple forms of transmission media; entertainment and education services, namely, multimedia programs on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty, distributed via various platforms across multiple forms of transmission media; blogs, vlogs, and on-line non-downloadable publications featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Providing podcasts and webcasts featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; Providing online newsletters featuring information on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; providing live and online classes, courses, seminars and workshops in the field of current events, entertainment, education, culture, arts, history, science, technology, business, finance, politics, sports, human behavior, relationships, religion, faith, spirituality, wellness, conscious living, personal fulfillment, inspiration, lifestyle, personal growth and motivation, philanthropic efforts, and volunteerism, and distribution of |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | course material in connection therewith; Organizing, arranging and conducting live and online virtual social entertainment events on a variety of topics, namely, current events, general human interest, history, books, lifestyle, health and wellness, fitness, food, nutrition, diet, family, romance, relationships, home, finance, fashion, and beauty; providing a website featuring on-line non-downloadable articles in the field of curated list of the goods and services of others; Entertainment services in the nature of development and production of audio and video programs, and multimedia programs in International Class 41 |
| | | | Providing a website featuring information on a variety of topics, namely, beauty care, nutrition, diet, health and lifestyle wellness in International Class 44 |
| | | | Providing a website featuring information on a variety of topics, namely, fashion, romance, and personal relationships in International Class 41 |
| OPRAH TALKS | 7367352 | April 23, 2024 | Entertainment services, namely, multimedia programs featuring interviews, current events, culture, arts, history, science, technology, business, finance, politics, and sports, human behavior, relationships, religion, faith, spirituality, wellness and conscious living, personal fulfillment, inspiration, lifestyles, personal growth and motivation, philanthropic efforts, and volunteerism, distributed via various platforms across multiple forms of transmission media in International Class 41 |
| OPRAH WINFREY LEADERSHIP ACADEMY FOR GIRLS | 3667913 | Aug. 11, 2009 | employment recruitment services relating to teachers and educators in International Class 35 |
| OPRAH WINFREY NETWORK | 4368870 | July 16, 2013 | "Communications services, namely, transmitting streamed sound and audio-visual recordings via the Internet, cable networks, wireless networks, satellite, or interactive multimedia networks; audio and video broadcasting services over the Internet; transmission of information in the audio-visual field; television broadcasting services; cable television broadcasting; satellite television broadcasting; mobile media services in the nature of electronic transmission of entertainment media content; podcasting |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | services; webcasting services; video-on-demand transmission services; providing on-line chat rooms and electronic bulletin boards for transmission of messages among users in the field of general interest" in International Class 38 |
| OPRAH WINFREY NETWORK | 4368871 | July 16, 2013 | "Entertainment services, namely, multimedia programs in the field of general human interest, distributed via various platforms across multiple forms of transmission media; providing entertainment information regarding ongoing television programs via a global computer network; production of television programs; production of multimedia programs" in International Class 41 |
| OPRAH WINFREY PRESENTS BELIEF | 5114356 | January 3, 2017 | "Educational and entertainment services, namely, programs about spirituality, religion and faith accessible by means of television, satellite, audio, video, web-based applications, mobile phone applications, computer networks and other wireless communications networks" in International Class 41 |
| OPRAH WINFREY SCHOLARS PROGRAM | 6754689 | June 7, 2022 | "Providing educational scholarships" in International Class 36 |
| OPRAH.COM | 3765841 | March 30, 2010 | "Entertainment services rendered through the medium of television, namely, a series of programs involving book discussion groups, and meetings and discussions with authors, relating to books, authors and reading; computer on-line services, namely, providing an Internet website featuring interactive book discussions and entertainment and educational information relating to books, authors and reading" in International Class 41 |
| OPRAH'S FAVORITE THINGS | 3078245 | April 11, 2006 | "Entertainment services rendered through the medium of television, namely, an ongoing series of variety television programs featuring the goods and services of others" in International Class 41 |
| OPRAH'S FAVORITE THINGS | 5093766 | December 6, 2016 | "Providing a website featuring consumer information about the goods and services of others via the internet; Providing on-line web directory services featuring hyperlinks to websites for goods and services of others; Providing shoppers' guide information" in International Class 35, and "Providing a website featuring online non-downloadable articles in the field of curated list of the goods |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | and services of others" in International Class 41 |
| OPRAH'S BOOK CLUB | 3246379 | May 29, 2007 | "Series of fiction and non-fiction books in the fields of lifestyle, fitness, family, beauty, nutrition, diet, romance, relationships, history and fashion; newsletters featuring information on book clubs" in International Class 16, and " Entertainment services rendered through the medium of television, namely, a series of programs involving book discussion groups, and meetings and discussions with authors, relating to books, authors and reading; computer on-line services, namely, providing an Internet website featuring interactive book discussions and entertainment and educational information relating to books, authors and reading" in International Class 41 |
| OPRAH'S LIFECLASS | 4219210 | October 2, 2012 | "Entertainment services, in the nature of an on-going television series in the fields of human behavior, relationships, self-help, spirituality, personal growth and motivation, personal finance, philanthropic efforts and volunteerism; educational services, namely, providing information on the Internet and on-line seminars in the fields of human behavior, relationships, self-help, spirituality, personal growth and motivation, personal finance, philanthropic efforts and volunteerism" in International Class 41 |
| OPRAH'S NEXT CHAPTER | 4321765 | April 16, 2013 | "Entertainment services, namely, an on-going television series in the fields of human behavior, relationships, self-help, spirituality, personal growth and motivation, personal finance, philanthropic efforts and volunteerism; Entertainment media production services for television and Internet; Providing entertainment information via websites and web pages; Providing on-line interviews with celebrities, athletes, politicians and other noteworthy persons for entertainment purposes" in International Class 41 |
| OPRAH'S THE LIFE YOU WANT | 6428495 | July 20, 2021 | "Providing a web site featuring information relating to fitness; Providing on-line newsletters in the field of nutrition, weight loss, health, wellness and fitness via email" in International Class 41, and "Providing a website featuring information about health, wellness, nutrition and weight loss" in International Class 44 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| THE OPRAH CONVERSATION | 7443847 | July 9, 2024 | Entertainment services, namely, multimedia programs featuring entertainment interviews featuring celebrities, famous individuals, artists, musicians, entertainers, writers, athletes, politicians, business leaders, teachers, scientists, and other noteworthy persons, news, and commentary in the field of current events, entertainment, education, culture, arts, history, science, technology, business, finance, politics, and sports, human behavior, relationships, religion, faith, spirituality, wellness and conscious living, personal fulfillment, inspiration, lifestyles, personal growth and motivation, philanthropic efforts, and volunteerism distributed via various platforms across multiple forms of transmission media in International Class 41 |
| THE OPRAH PODCAST | 8013933 | November 4, 2025 | Entertainment services, namely, providing podcasts in the field of human behavior, relationships, religion, faith, spirituality, wellness and conscious living, personal fulfillment, personal growth and motivation in International Class 41 |
| THE OPRAH WINFREY SHOW | 2638506 | October 22, 2002 | "Entertainment services rendered through the medium of television in the nature of a variety talk show series; and computer services, namely, providing information via an Internet web site featuring information on the subject matter of Applicant's television programs, films and videos, food, and books" in International Class 41, "Computer services, namely, providing information via an Internet web site featuring health, nutrition, fitness, volunteerism for charities, charitable work and philanthropic lifestyles" in International Class 42 |