# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EMBLAZE ONE INC., et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-04459-JGB-AS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE: LIMITLESS X INC., LIMITLESS X HOLDINGS INC., EMBLAZE ONE INC., JASPREET MATHUR, AND KENNETH HALLER** |

56717078.1 392494-00001

1

ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE: LIMITLESS X INC., LIMITLESS X HOLDINGS INC., EMBLAZE ONE INC., JASPREET MATHUR, AND KENNETH HALLER

# ORDER

The Court having considered the STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE: LIMITLESS X INC., LIMITLESS X HOLDINGS INC., EMBLAZE ONE INC., JASPREET MATHUR, AND KENNETH HALLER (the "Stipulation") [DKT. # 147], and GOOD CAUSE appearing therefor, the Court hereby approves the Stipulation and Orders as follows.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses without prejudice all claims asserted by Plaintiffs in this action against defendants LIMITLESS X INC., LIMITLESS X HOLDINGS INC., EMBLAZE ONE INC., JASPREET MATHUR, AND KENNETH HALLER, only, with each party to bear its own costs and attorneys' fees incurred to date in connection with action. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties, together with the Stipulated Judgment attached to the Settlement Agreement.

**IT IS ORDERED.**

Dated: February 23, 2026

The Honorable Jesus G. Bernal,
United States District Judge

56717078.1 392494-00001

2

ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE: LIMITLESS X INC., LIMITLESS X HOLDINGS INC., EMBLAZE ONE INC., JASPREET MATHUR, AND KENNETH HALLER